Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−13022−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Lakhvinder Singh                             Marjit Kaur
   29 Harris St.                                29 Harris St.
   Carteret, NJ 07008                           Carteret, NJ 07008

Social Security No.:
   xxx−xx−6715                                  xxx−xx−4944

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            5/3/17
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 2, 2017
JAN: vpm

                                Jeanne Naughton
                                Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                             District of New Jersey

In re:                                                        Case No. 17-13022-CMG
Lakhvinder Singh                                              Chapter 13
Marjit Kaur
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin               Page 1 of 2              Date Rcvd: Mar 02, 2017
                               Form ID: 132              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db/jdb        +Lakhvinder Singh,    Marjit Kaur,    29 Harris St.,    Carteret, NJ 07008-2901
516649383    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
516649384     Bk Of Amer,    4060 Ogletown/stanton Rd,    Newark, DE 19713
516649385    +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
516649390    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238)
516649387    +Cap One,    95 Washington Street,    Buffalo, NY 14203-3006
516649389    +Capital One Bank Na,    PO Box 30285,    Salt Lake City, UT 84130-0285
516649392    +Colorado Capital Investments, Inc,    C/O Pressler And Pressler, Llp,    7 Entin Rd,
               Parsippany, NJ 07054-5020
516649395   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
               Saint Paul, MN 55101)
516649396    +Elizabethtown Gas,    ATTN:Virginia Natural Gas,    544 South Independence Blvd.,
               Virginia Beach, VA 23452-1104
516649397    +FIA Card Services NA,    P.O. Box 15019,    Wilmington, DE 19850-5019
516649399     Hyundai Capital America,    400 Macarthur Blvd,    Newport Beach, CA 92660
516649403    +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516649408    +P & J Fuel, Inc,    C/O Marco Shawki, Esq,    1794 Oak Tree Rd.,    Edison, NJ 08820-2704
516649409    +Rcs Mtg,    350 S. Grand Ave, 47th Floor,    Los Angeles, CA 90071-3406
516649410    +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
516649414     The Bank of New York Mellon Trustee,    C/O Specialized Blvd Ste 300,
               Highlands Ranch, CO 80129
516649415    +Vanz LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2017 22:45:17     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2017 22:45:14     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516649386    +E-mail/Text: bankruptcy@cavps.com Mar 02 2017 22:45:32     Calvary SPV, LLC,
               500 Summit Lake Drive Ste 400,    Valhalla, NY 10595-1340
516649393    +E-mail/Text: creditonebknotifications@resurgent.com Mar 02 2017 22:44:42     Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
516649394    +E-mail/Text: mrdiscen@discover.com Mar 02 2017 22:44:35     Discover Bank,    PO Box 3025,
               New Albany, OH 43054-3025
516667015     E-mail/Text: mrdiscen@discover.com Mar 02 2017 22:44:35     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516649398    +E-mail/Text: bankruptcy.bnc@ditech.com Mar 02 2017 22:45:00     Greentree,    PO Box 6172,
               Rapid City, SD 57709-6172
516649400    +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 02 2017 22:45:55
               Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
516649401    +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2017 22:31:55     Lvnv Funding Llc,
               Po Box 10497,    Greenville, SC 29603-0497
516649404    +E-mail/Text: bankruptcy@onlineis.com Mar 02 2017 22:45:45     Online Collections,    Po Box 1489,
               Winterville, NC 28590-1489
516649411    +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2017 22:31:50     Syncb/jc Penney Dc,
               Po Box 965007,    Orlando, FL 32896-5007
516649412    +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2017 22:31:48     Syncb/pc Richard,
               C/o Po Box 965036,    Orlando, FL 32896-0001
516649413    +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2017 22:31:48     Synchrony Bank,
               C/O Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516649391*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238)
516649388*   +Cap One,    95 Washington Street,    Buffalo, NY 14203-3006
516649402*   +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
516649405*   +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516649406*   +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516649407*   +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
                                                                                             TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3              User: admin              Page 2 of 2                 Date Rcvd: Mar 02, 2017
                                  Form ID: 132             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Lakhvinder   Singh rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              Robert C. Nisenson    on behalf of Joint Debtor Marjit   Kaur rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```