UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**
ROBERT C. NISENSON, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Robert C. Nisenson
Attorney for Debtor
RCN 6680

In the Matter of

Lakhvinder Singh
Marjit Kaur

DEBTOR

Order Filed on March 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-13022

Judge: CMG

**ORDER TO IMPOSE STAY IN BANKRUPTCY CASE**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 29, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 17-13022 |
| | : | Chapter 13 |
| | : | |
| Lakhvinder Singh | : | |
| Marjit Kaur | : | |
| | : | |
| | : | **ORDER TO IMPOSE STAY** |
| Debtor. | : | **IN BANKRUPTCY CASE** |
| | : | |
| _____ | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is

**ORDERED** that the automatic stay shall be imposed ~~nun pro tunc from February 16, 2017 with respect to all legal proceeding against the Debtor, repossessions or collection attempts and any foreclosure action against Debtor after on or after February 16, 2017 will be vacated;~~ except the stay will not be imposed as to Ditech Financial LLC on the property located at 81 Pulaski Avenue, Carteret, NJ; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within __5__ days of the date hereof.