UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**
ROBERT C. NISENSON, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Robert C. Nisenson
Attorney for Debtor
RCN 6680

In the Matter of

Lakhvinder Singh
Marjit Kaur

DEBTOR

Order Filed on March 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-13022

Judge: CMG

**ORDER TO IMPOSE STAY IN BANKRUPTCY CASE**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 29, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| In the Matter of | : | Case: 17-13022 |
| --- | --- | --- |
|  | : | Chapter 13 |
|  | : |  |
| Lakhvinder Singh | : |  |
| Marjit Kaur | : |  |
|  | : |  |
|  | : | **ORDER TO IMPOSE STAY** |
| Debtor. | : | **IN BANKRUPTCY CASE** |
|  | : |  |
| _____ | : |  |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is

**ORDERED** that the automatic stay shall be imposed ~~nun pro tunc from February 16, 2017 with respect to all legal proceeding against the Debtor, repossessions or collection attempts and any foreclosure action against Debtor after on or after February 16, 2017 will be vacated~~; except the stay will not be imposed as to Ditech Financial LLC on the property located at 81 Pulaski Avenue, Carteret, NJ; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within ___5___ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Lakhvinder Singh  
Marjit Kaur  
     Debtors

Case No. 17-13022-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 30, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.  
db/jdb      +Lakhvinder Singh,    Marjit Kaur,    29 Harris St.,    Carteret, NJ 07008-2901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Michael Frederick Dingerdissen    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
         Robert C. Nisenson    on behalf of Debtor Lakhvinder   Singh rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com  
         Robert C. Nisenson    on behalf of Joint Debtor Marjit   Kaur rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 6