| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 17-13022-CMG<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Lakhvinder Singh,**<br><br>     Debtor,<br><br>**Marjit Kaur,**<br><br>     Joint Debtor. | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

GREEN TREE SERVICING, LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 11), and states as follows:

1. Debtor, Lakhvinder Singh, and Joint Debtor, Marjit Kaur, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on February 16, 2017.

2. Secured Creditor holds a security interest in the Debtor's real property located at 81 PULASKI AVE, CARTERET, NJ 07008, by virtue of a Mortgage recorded on July 08, 2004 at Instrument number 2004046733 of the Public Records of Middlesex County, NJ. Said Mortgage secures a Note in the amount of $177,600.00.

3. The Debtor filed a Chapter 13 Plan on March 1, 2017.

4. Debtors' plan as proposed appears to anticipate that there will be no cure for the pre-petition arrears of Secured Creditor unless or until a loan modification is achieved. Debtor's plan speculates the arrears will be cured through a loan modification which has thus far to be offered or approved.

5. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the

event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Citron, LLC
> Attorney for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
>
> By: /s/ Laura Egerman
> Laura Egerman, Esquire
> NJ Bar Number LE-8250
> Email: legerman@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 17-13022-CMG<br><br>CHAPTER 13 |
| **In Re:**<br><br>**Lakhvinder Singh,**<br><br>   **Debtor,**<br><br>**Marjit Kaur,**<br><br>   **Joint Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, Esq., represent GREEN TREE SERVICING, LLC in this matter.

2. On June 5, 2017, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: **Objection to Confirmation of Debtor's Chapter 13 Plan**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

June 5, 2017

                            RAS Citron, LLC
                            Attorney for Secured Creditor
                            130 Clinton Road, Suite 202
                            Fairfield, NJ 07004
                            Telephone Number 973-575-0707

                            By: /s/Laura Egerman
                            Laura Egerman, Esquire
                            NJ Bar Number  LE-8250
                            Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert C. Nisenson, Esq.<br>10 Auer Court Suite E<br>East Brunswick, NJ 08816 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee.<br>Office of the US Trustee<br>One Newark Center Ste 1401<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Lakhvinder Singh<br>Marjit Kaur<br>29 Harris Street<br>Carteret, NJ 07008 | Debtor(s) | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |