UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

In Re:

Lakhvinder Singh and Marjit Kaur

Order Filed on July 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 17-13022 |
| Chapter: | 13 |
| Judge: | CMG |

# ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 18, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/18/17_____ :

Property:    29 Harris Street, Carteret, NJ 07008 _____

Creditor:    BOA _____

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____Robert C. Nisenson_____, and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/18/17_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
Lakhvinder Singh
Marjit Kaur
          Debtors

Case No. 17-13022-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jul 18, 2017
                             Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db/jdb         +Lakhvinder Singh,    Marjit Kaur,    29 Harris St.,    Carteret, NJ 07008-2901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE
          PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura M. Egerman   on behalf of Creditor   Green Tree Servicing LLC bkyecf@rasflaw.com,
          gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
          Michael Frederick Dingerdissen   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Robert C. Nisenson   on behalf of Debtor Lakhvinder  Singh rnisenson@aol.com,
          nisensonlaw.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
          Robert C. Nisenson   on behalf of Joint Debtor Marjit  Kaur rnisenson@aol.com,
          nisensonlaw.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 7