Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−13022−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lakhvinder Singh                                      Marjit Kaur
   29 Harris St.                                               29 Harris St.
   Carteret, NJ 07008                              Carteret, NJ 07008

Social Security No.:
   xxx−xx−6715                                               xxx−xx−4944

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 3/1/2017 and a confirmation hearing on such Plan has been scheduled for 8/2/2017 at 10:00 am.

The debtor filed a Modified Plan on 7/20/2017 and a confirmation hearing on the Modified Plan is scheduled for 9/6/2017 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 21, 2017
JAN: gan

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Lakhvinder Singh
Marjit Kaur
    Debtors

Case No. 17-13022-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 21, 2017
                 Form ID: 186      Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.
```
db/jdb         +Lakhvinder Singh,    Marjit Kaur,    29 Harris St.,    Carteret, NJ 07008-2901
lm             +Bank of America,    11802 Ridge Parkway,    Suite 100 HRM,    Home Retention,
                 Broomfield, CO 80021-5008
cr             +Green Tree Servicing LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
516649383     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
516768530      Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516649384      Bk Of Amer,    4060 Ogletown/stanton Rd,    Newark, DE 19713
516649385     +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
516649390     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516649387     +Cap One,    95 Washington Street,    Buffalo, NY 14203-3006
516649389     +Capital One Bank Na,    PO Box 30285,    Salt Lake City, UT 84130-0285
516649392     +Colorado Capital Investments, Inc,    C/O Pressler And Pressler, Llp,    7 Entin Rd,
                 Parsippany, NJ 07054-5020
516649395    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court:  Ditech Financial Llc,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516649396     +Elizabethtown Gas,    ATTN:Virginia Natural Gas,    544 South Independence Blvd.,
                 Virginia Beach, VA 23452-1104
516649397     +FIA Card Services NA,    P.O. Box 15019,    Wilmington, DE 19850-5019
516835151     +Green Tree Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
516649399      Hyundai Capital America,    400 Macarthur Blvd,    Newport Beach, CA 92660
516838182     +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516649403     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516649408     +P & J Fuel, Inc,    C/O Marco Shawki, Esq,    1794 Oak Tree Rd.,    Edison, NJ 08820-2704
516649409     +Rcs Mtg,    350 S. Grand Ave, 47th Floor,    Los Angeles, CA 90071-3406
516649410     +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
516649414      The Bank of New York Mellon Trustee,    C/O Specialized Blvd Ste 300,
                 Highlands Ranch, CO 80129
516713659     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516807870      The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
516649415     +Vanz LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2017 22:21:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2017 22:21:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516649386     +E-mail/Text: bankruptcy@cavps.com Jul 21 2017 22:21:23      Calvary SPV, LLC,
                 500 Summit Lake Drive Ste 400,    Valhalla, NY 10595-1340
516649393     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 21 2017 22:24:42      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516649394     +E-mail/Text: mrdiscen@discover.com Jul 21 2017 22:20:58      Discover Bank,    PO Box 3025,
                 New Albany, OH 43054-3025
516667015      E-mail/Text: mrdiscen@discover.com Jul 21 2017 22:20:58      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516785031      E-mail/Text: bankruptcy.bnc@ditech.com Jul 21 2017 22:21:06
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516649398     +E-mail/Text: bankruptcy.bnc@ditech.com Jul 21 2017 22:21:06      Greentree,    PO Box 6172,
                 Rapid City, SD 57709-6172
516649400     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 21 2017 22:21:38
                 Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
516810371      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2017 22:24:43      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516812237      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2017 22:25:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516649401     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2017 22:24:53      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
516649404     +E-mail/Text: bankruptcy@onlineis.com Jul 21 2017 22:21:29      Online Collections,    Po Box 1489,
                 Winterville, NC 28590-1489
516920465      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2017 22:30:31
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jul 21, 2017
                              Form ID: 186             Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516649411      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2017 22:24:40      Syncb/jc Penney Dc,
                 Po Box 965007,    Orlando, FL 32896-5007
516649412      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2017 22:24:50      Syncb/pc Richard,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516649413      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2017 22:24:50      Synchrony Bank,
                 C/O Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
516876793      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2017 22:24:50      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516872420      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2017 22:30:31       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm              Ditech Financial LLC,    332 Minnesota
516649391*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
516649388*     +Cap One,    95 Washington Street,    Buffalo, NY 14203-3006
516649402*     +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
516649405*     +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516649406*     +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516649407*     +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
                                                                                   TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com,
               gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Robert C. Nisenson    on behalf of Debtor Lakhvinder   Singh rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              Robert C. Nisenson    on behalf of Joint Debtor Marjit   Kaur rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```