# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Lakhvinder Singh**
**Marjit Kaur**

Case No.: **17-13022**
Judge: **CMG**
Chapter: **13**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: **7-19-2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor has paid $2,500.00 into the plan and the Debtor shall pay **$500.00 Monthly** to the Chapter 13 Trustee, starting on August 1, 2017 for approximately 54 months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

1

   c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property
Description:
Proposed date for completion: _____

☑ Loan modification with respect to mortgage encumbering property THE BANK OF NEW YORK MELLON TRUST/c/o BANK OF AMERICA
Description: 29 HARRIS STREET, CARTERET, NEW JERSEY

Proposed date for completion: loss mitigation will be completed by the date set forth in the loss mitigation order

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. Debtor is to make post adequate protection payments to secured creditor pursuant to the loss mitigation order.

e. ☑ Other information that may be important relating to the payment and length of plan: The Trustee is to reserve making payments to the secured creditor pending loss mitigation.

LOAN MODIFICATION WITH DITECH F/K/A GREENTREE SERVICING LLC ON PROPERTY LOCATED AT 81 PULASKI STREET, CARTERET, NEW JERSEY. LOAN MODIFICATION IS TO BE COMPLETED OUTSIDE THE BANKRUTPCY CASE. WITHIN SIX (6) MONTHS FROM DATE OF CONFIRMATION. DEBTOR IS TO MAKE POST ADEQUATE PROTECTION PAYMENTS TO THE CREDITOR. THE TRUSTEE IS TO RESERVE MAKING PAYMENTS TO SECURED CREDITOR PENDING THE LOAN MODIFICATION.

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **ROBERT C. NISENSON** | **ATTORNEYS FEES** | **3,000** |

2

**Part 4: Secured Claims**

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
**-NONE-**

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

### Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

____    Not less than $____ to be distributed *pro rata*

____    Not less than ___ percent

__x__    *Pro Rata* distribution from any remaining funds   STUDENT LOANS TO BE PAID OUTSIDE THE CHAPTER 13 PLAN

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **Hyundai Capital America** | **2003 Nissan Pathfinder** | **assumed** |

### Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| | | |

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** <br><br> The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above: | | |

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

   The Trustee shall pay allowed claims in the following order:
   1) Trustee Commissions
   2) **Other Administrative Claims**
   3) Secured Claims
   4) Lease Arrearages
   5) Priority Claims
   6) General Unsecured Claims

d. **Post-petition claims**

   The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **CORRECTED ADDRESS ON CARTERET PROPERTY, BANK OF AMERICA LOSS MITIGATION** | **CORRECTED ADDRESS TO 29 HARRIS STREET, CARTERET, NJ, LISTED BANK OF AMERICA ON LOSS MITIGATION** |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes | ☑ No |
|---|---|---|

### Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

| Date | July 19, 2017 | /s/ Robert C Nisenson |
|---|---|---|
| | | **Robert C Nisenson** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the foregoing is true and correct.

| Date: | July 19, 2017 | /s/ Lakhvinder Singh |
|---|---|---|
| | | **Lakhvinder Singh** |
| | | Debtor |

| Date: | July 19, 2017 | /s/ Marjit Kaur |
|---|---|---|
| | | **Marjit Kaur** |
| | | Joint Debtor |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                              Case No. 17-13022-CMG
Lakhvinder Singh                                                    Chapter 13
Marjit Kaur
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Jul 21, 2017
                              Form ID: pdf901             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db/jdb         +Lakhvinder Singh,   Marjit Kaur,   29 Harris St.,   Carteret, NJ 07008-2901
lm             +Bank of America,   11802 Ridge Parkway,   Suite 100 HRM,   Home Retention,
                 Broomfield, CO 80021-5008
cr             +Green Tree Servicing LLC,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487,   UNITED STATES 33487-2853
516649383     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
516768530      Bank of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
516649384      Bk Of Amer,   4060 Ogletown/stanton Rd,   Newark, DE 19713
516649385     +Bk Of Amer,   1800 Tapo Canyon Rd,   Simi Valley, CA 93063-6712
516649390     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238)
516649387     +Cap One,   95 Washington Street,   Buffalo, NY 14203-3006
516649389     +Capital One Bank Na,   PO Box 30285,   Salt Lake City, UT 84130-0285
516649392     +Colorado Capital Investments, Inc,   C/O Pressler And Pressler, Llp,   7 Entin Rd,
                 Parsippany, NJ 07054-5020
516649395    ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                (address filed with court:  Ditech Financial Llc,   332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516649396     +Elizabethtown Gas,   ATTN:Virginia Natural Gas,   544 South Independence Blvd.,
                 Virginia Beach, VA 23452-1104
516649397     +FIA Card Services NA,   P.O. Box 15019,   Wilmington, DE 19850-5019
516835151     +Green Tree Servicing, LLC,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,   Boca Raton, FL 33487-2853
516649399      Hyundai Capital America,   400 Macarthur Blvd,   Newport Beach, CA 92660
516838182     +MIDLAND FUNDING LLC,   PO BOX 2011,   WARREN, MI 48090-2011
516649403     +Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
516649408     +P & J Fuel, Inc,   C/O Marco Shawki, Esq,   1794 Oak Tree Rd.,   Edison, NJ 08820-2704
516649409     +Rcs Mtg,   350 S. Grand Ave, 47th Floor,   Los Angeles, CA 90071-3406
516649410     +Rickart Coll Systems,   575 Milltown Rd,   North Brunswick, NJ 08902-3336
516649414      The Bank of New York Mellon Trustee,   C/O Specialized Blvd Ste 300,
                 Highlands Ranch, CO 80129
516713659     +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516807870      The Bank of New York Mellon, et al,   c/o Bank of America, N.A.,   PO Box 31785,
                 Tampa, FL 33631-3785
516649415     +Vanz LLC,   577 Hamburg Turnpike,   Wayne, NJ 07470-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2017 22:21:13      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2017 22:21:11      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516649386     +E-mail/Text: bankruptcy@cavps.com Jul 21 2017 22:21:22      Calvary SPV, LLC,
                 500 Summit Lake Drive Ste 400,   Valhalla, NY 10595-1340
516649393     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 21 2017 22:24:51      Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
516649394     +E-mail/Text: mrdiscen@discover.com Jul 21 2017 22:20:58      Discover Bank,   PO Box 3025,
                 New Albany, OH 43054-3025
516667015      E-mail/Text: mrdiscen@discover.com Jul 21 2017 22:20:58      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
516785031      E-mail/Text: bankruptcy.bnc@ditech.com Jul 21 2017 22:21:06
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516649398     +E-mail/Text: bankruptcy.bnc@ditech.com Jul 21 2017 22:21:06      Greentree,   PO Box  6172,
                 Rapid City, SD 57709-6172
516649400     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 21 2017 22:21:38
                 Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
516810371      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2017 22:24:43      LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
516812237      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2017 22:24:44
                 LVNV Funding, LLC its successors and assigns as,   assignee of Capital One, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516649401     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2017 22:24:43      Lvnv Funding Llc,
                 Po Box 10497,   Greenville, SC 29603-0497
516649404     +E-mail/Text: bankruptcy@onlineis.com Jul 21 2017 22:21:29      Online Collections,   Po Box 1489,
                 Winterville, NC 28590-1489
516920465      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2017 22:30:35
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.A.,   POB 41067,
                 Norfolk VA 23541
```

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Jul 21, 2017
                               Form ID: pdf901          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516649411       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2017 22:24:50      Syncb/jc Penney Dc,
                 Po Box 965007,    Orlando, FL 32896-5007
516649412       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2017 22:24:59      Syncb/pc Richard,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516649413       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2017 22:24:59      Synchrony Bank,
                 C/O Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
516876793       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2017 22:24:50      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516872420       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2017 22:30:32       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm              Ditech Financial LLC,   332 Minnesota
516649391*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516649388*     +Cap One,   95 Washington Street,    Buffalo, NY 14203-3006
516649402*     +Lvnv Funding Llc,   Po Box 10497,    Greenville, SC 29603-0497
516649405*     +Online Collections,   Po Box 1489,    Winterville, NC 28590-1489
516649406*     +Online Collections,   Po Box 1489,    Winterville, NC 28590-1489
516649407*     +Online Collections,   Po Box 1489,    Winterville, NC 28590-1489
                                                                                     TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com,
               gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Robert C. Nisenson    on behalf of Debtor Lakhvinder Singh rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              Robert C. Nisenson    on behalf of Joint Debtor Marjit Kaur rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```