Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 17−13022−CMG
    Chapter: 13
    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Lakhvinder Singh                               Marjit Kaur
   29 Harris St.                                         29 Harris St.
   Carteret, NJ 07008                           Carteret, NJ 07008

Social Security No.:
   xxx−xx−6715                                       xxx−xx−4944

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 17, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 61 − 60
Order Granting Application for Extension of Loss Mitigation (Related Doc # 60). Loss Mitigation Period Extended to: 7/8/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/17/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 17, 2018
JAN: bwj

                                                                                                          Jeanne Naughton
                                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-13022-CMG
Lakhvinder Singh                                                                        Chapter 13
Marjit Kaur
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: May 17, 2018
                             Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
lm          +Bank of America,   11802 Ridge Parkway,   Suite 100 HRM,   Home Retention,
              Broomfield, CO 80021-5006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael Frederick Dingerdissen     on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Robert C. Nisenson    on behalf of Debtor Lakhvinder  Singh rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert C. Nisenson    on behalf of Joint Debtor Marjit  Kaur rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7