Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.: 17−13022−CMG
                                Chapter: 13
                                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lakhvinder Singh                                            Marjit Kaur
   29 Harris St.                                                  29 Harris St.
   Carteret, NJ 07008                                   Carteret, NJ 07008

Social Security No.:
   xxx−xx−6715                                                  xxx−xx−4944

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 22, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 80 − 79
Order Granting Application for Extension of Loss Mitigation (Related Doc # 79). Loss Mitigation Period Extended to: 1/18/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/22/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 22, 2018
JAN: bwj

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lakhvinder Singh  
Marjit Kaur  
    Debtors

Case No. 17-13022-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 22, 2018  
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.  
lm          +Bank of America,    11802 Ridge Parkway,    Suite 100 HRM,    Home Retention,    Broomfield, CO 80021-5006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2018 at the address(es) listed below:  
         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Albert Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Laura M. Egerman    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Michael Frederick Dingerdissen    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
         Robert C. Nisenson    on behalf of Joint Debtor Marjit Kaur rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         Robert C. Nisenson    on behalf of Debtor Lakhvinder Singh rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         TOTAL: 8