| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>STANDING CHAPTER 13 TRUSTEE | Case No: 17-13022 CMG |
| In Re:<br>**LAKHVINDER SINGH**<br>**MARJIT KAUR**<br><br>Debtors | Chapter 13<br><br>Hearing Date: 11/7/18 @ 10:00 AM<br><br>Judge: Christine M. Gravelle |

**STANDING CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR(S) MODIFIED PLAN**

The Standing Chapter 13 Trustee, Albert Russo, objects to the Debtors' Modified Plan for the following reasons:

1. The modified plan does not pay the required threshold dividend to general unsecured creditors as determined by the originally confirmed plan. The case must continue to pay 100% to unsecured creditors.

2. Since the plan must remain at 100% the reclassification of the Bank of NY Claim will make it infeasible.

WHEREFORE, the Standing Chapter 13 Trustee objects to Debtors' Modified Plan.

DATED:    10/30/18                                    By:   /s/ *Albert Russo*
                                                                Albert Russo, Standing Chapter 13 Trustee
                                                                By:  Erik D. Collazo, Staff Attorney