| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>(732-238-8777)<br>Robert C. Nisenson, Esq.<br>Attorneys for Debtor<br>RCN 6680 |
| In the Matter of<br><br>LAKHVINDER SINGH,<br><br><br>DEBTOR |

Order Filed on December 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-13022

Judge: CMG

# ORDER TO MODIFY CLAIM OF SPECIALIZED LOAN SERVICING, LLC TO UNSECURED CLAIM

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED.**

**DATED: December 23, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **In Re:** | : | Case #: 17-13022 |
| | : | |
| LAKHVINDER SINGH | : | Chapter 13 |
| | : | |
| | : | **ORDER TO MODIFY CLAIM** |
| **Debtor** | : | **OF SPECIALIZED LOAN** |
| | : | **SERVICING, LLC TO** |
| | : | **UNSECURED CLAIM** |
| | : | |

_____

This matter having been opened to the Court upon motion of LAKHVINDER SINGH by and through their attorneys, **ROBERT C. NISENSON, L.L.C.**, seeking an Order to Modify Claim of SPECIALIZED LOAN SERVICING, LLC and the Debtor appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED** the Motion to Modify Claim of SPECIALIZED LOAN SERVICING, LLC Claim 2-1 is hereby modified to an unsecured claim and upon completion of plan, the mortgage on debtors property shall be released on said premise and it is further;

**ORDERED** that a copy of this Order shall be served upon all parties within  5   days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Lakhvinder Singh  
Marjit Kaur  
    Debtors

Case No. 17-13022-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 26, 2018  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.  
db/jdb        +Lakhvinder Singh, Marjit Kaur, 29 Harris St., Carteret, NJ 07008-2901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:

         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Albert Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Laura M. Egerman    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Michael Frederick Dingerdissen    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
         Robert C. Nisenson    on behalf of Joint Debtor Marjit Kaur rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         Robert C. Nisenson    on behalf of Debtor Lakhvinder Singh rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                    TOTAL: 8