Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17–13022–CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Lakhvinder Singh | Marjit Kaur |
| 29 Harris St. | 29 Harris St. |
| Carteret, NJ 07008 | Carteret, NJ 07008 |

Social Security No.:
  xxx–xx–6715                                     xxx–xx–4944

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on January 17, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 17, 2019
JAN: bwj

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 17-13022-CMG
Lakhvinder Singh                                                     Chapter 13
Marjit Kaur
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Jan 17, 2019
                              Form ID: 148             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2019.
```
db/jdb         +Lakhvinder Singh,    Marjit Kaur,   29 Harris St.,    Carteret, NJ 07008-2901
lm             +Bank of America,    11802 Ridge Parkway,    Suite 100 HRM,    Home Retention,
                 Broomfield, CO 80021-5006
cr             +Green Tree Servicing LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL   33487,   UNITED STATES 33487-2853
516649387      +Cap One,   95 Washington Street,    Buffalo, NY 14203-3006
516649392      +Colorado Capital Investments, Inc,    C/O Pressler And Pressler, Llp,   7 Entin Rd,
                 Parsippany, NJ 07054-5020
516649395     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,   SAINT PAUL MN   55101-1311
                 (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516835151      +Green Tree Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
516649399       Hyundai Capital America,    400 Macarthur Blvd,    Newport Beach, CA 92660
516649408      +P & J Fuel, Inc,    C/O Marco Shawki, Esq,   1794 Oak Tree Rd.,    Edison, NJ 08820-2704
516649409      +Rcs Mtg,   350 S. Grand Ave, 47th Floor,    Los Angeles, CA 90071-3406
516649410      +Rickart Coll Systems,    575 Milltown Rd,   North Brunswick, NJ 08902-3336
516649414       The Bank of New York Mellon Trustee,    C/O Specialized Blvd Ste 300,
                 Highlands Ranch, CO 80129
516713659      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516649415      +Vanz LLC,   577 Hamburg Turnpike,    Wayne, NJ 07470-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2019 00:10:50     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2019 00:10:47     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516649383       EDI: BANKAMER.COM Jan 18 2019 04:43:00     Bk Of Amer,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
516768530       EDI: BANKAMER.COM Jan 18 2019 04:43:00     Bank of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
516649384       EDI: BANKAMER.COM Jan 18 2019 04:43:00     Bk Of Amer,    4060 Ogletown/stanton Rd,
                 Newark, DE 19713
516649385      +EDI: BANKAMER.COM Jan 18 2019 04:43:00     Bk Of Amer,    1800 Tapo Canyon Rd,
                 Simi Valley, CA 93063-6712
516649390       EDI: CAPITALONE.COM Jan 18 2019 04:43:00     Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
516649386      +E-mail/Text: bankruptcy@cavps.com Jan 18 2019 00:11:12     Calvary SPV, LLC,
                 500 Summit Lake Drive Ste 400,    Valhalla, NY 10595-2321
516649389      +EDI: CAPITALONE.COM Jan 18 2019 04:43:00     Capital One Bank Na,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516649393      +EDI: RCSFNBMARIN.COM Jan 18 2019 04:43:00     Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
516649394      +EDI: DISCOVER.COM Jan 18 2019 04:43:00     Discover Bank,    PO Box 3025,
                 New Albany, OH 43054-3025
516667015       EDI: DISCOVER.COM Jan 18 2019 04:43:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
516785031       E-mail/Text: bankruptcy.bnc@ditech.com Jan 18 2019 00:10:22
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516649396      +E-mail/Text: g2sogasbnkr@southernco.com Jan 18 2019 00:09:40     Elizabethtown Gas,
                 ATTN:Virginia Natural Gas,    544 South Independence Blvd.,   Virginia Beach, VA 23452-1104
516649397      +EDI: BANKAMER.COM Jan 18 2019 04:43:00     FIA Card Services NA,    P.O. Box 15019,
                 Wilmington, DE 19850-5019
516649398      +E-mail/Text: bankruptcy.bnc@ditech.com Jan 18 2019 00:10:22     Greentree,    PO Box  6172,
                 Rapid City, SD 57709-6172
516649400      +EDI: HY11.COM Jan 18 2019 04:43:00     Hyundai Lease Titling Trust,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
516810371       EDI: RESURGENT.COM Jan 18 2019 04:43:00     LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC   29603-0587
516812237       EDI: RESURGENT.COM Jan 18 2019 04:43:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516649401      +EDI: RESURGENT.COM Jan 18 2019 04:43:00     Lvnv Funding Llc,    Po Box 10497,
                 Greenville, SC 29603-0497
516838182      +EDI: MID8.COM Jan 18 2019 04:43:00     MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516649403      +EDI: MID8.COM Jan 18 2019 04:43:00     Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
516649404      +E-mail/Text: bankruptcy@onlineis.com Jan 18 2019 00:11:25     Online Collections,    Po Box 1489,
                 Winterville, NC 28590-1489
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jan 17, 2019
                              Form ID: 148             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516920465      EDI: PRA.COM Jan 18 2019 04:43:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516649411     +EDI: RMSC.COM Jan 18 2019 04:43:00      Syncb/jc Penney Dc,    Po Box 965007,
               Orlando, FL 32896-5007
516649412     +EDI: RMSC.COM Jan 18 2019 04:43:00      Syncb/pc Richard,    C/o Po Box 965036,
               Orlando, FL 32896-0001
516649413     +EDI: RMSC.COM Jan 18 2019 04:43:00      Synchrony Bank,    C/O Recovery Management Systems Corp,
               25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
516876793     +EDI: RMSC.COM Jan 18 2019 04:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
516807870      EDI: BANKAMER.COM Jan 18 2019 04:43:00      The Bank of New York Mellon, et al,
               c/o Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516872420     +EDI: AIS.COM Jan 18 2019 04:43:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm              Ditech Financial LLC,    332 Minnesota
516649391*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238)
516649388*     +Cap One,    95 Washington Street,    Buffalo, NY 14203-3006
516649402*     +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
516649405*     +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516649406*     +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
516649407*     +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
                                                                                   TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-19CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-19CB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Robert C. Nisenson    on behalf of Joint Debtor Marjit   Kaur rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert C. Nisenson    on behalf of Debtor Lakhvinder   Singh rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```